**CHIEF JUSTICE**
   ROGELIO VALDEZ

**JUSTICES**
   NELDA V. RODRIGUEZ
   DORI CONTRERAS GARZA
   GINA M. BENAVIDES
   GREGORY T. PERKES
   NORA L. LONGORIA

**CLERK**
   DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

May 26, 2015

Hon. Thomas J. Burbank
Attorney at Law
2 Acadiana Court
Beaumont, TX 77706
* DELIVERED VIA E-MAIL *

Hon. Wayln G. Thompson
Asst. District Attorney
Jefferson County
1001 Pearl Street, 3rd Floor
Beaumont, TX 77701
* DELIVERED VIA E-MAIL *

Re:     Cause No. 13-14-00192-CR
Tr.Ct.No. 11-12939
Style:   John Michael Weatherly aka Loco v. The State of Texas

      The above-referenced cause has been set for submission without oral argument on Tuesday, June 16, 2015, before a panel consisting of Chief Justice Rogelio Valdez, Justice Gina M. Benavides and Justice Gregory T. Perkes.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch